

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Dusty Tyrone Madkins,

Vs. No. 11-22-00105-CR

The State of Texas,

\* From the 106th District Court
  of Gaines County,
  Trial Court No. 18-4930.

\* March 16, 2023

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment revoking community supervision to reflect a fine of **"$1000.00 BALANCE"**. As modified, we affirm the judgment of the trial court.